UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANGHAI BIREN TECHNOLOGY CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>    Defendants. | Civil Action No. 26-1920 (JMC) |

**DEFENDANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, the Department of Commerce, and its component—the Bureau of Industry and Security, by and through undersigned counsel, respectfully file their first motion for extension of time to answer or otherwise respond to Plaintiff's Complaint.  Defendants seek a thirty-five-day extension— from July 6 to August 5, 2026.  The Parties conferred under Local Civil Rule 7(m).  Plaintiff is unopposed to the relief sought herein.  The grounds for this motion are as follows.

Plaintiff filed its Complaint under the Freedom of Information Act ("FOIA") on June 2, 2026.  ECF No. 1.  The United States Attorney's Office was served with the complaint and summons on June 3, 2026, making Defendants' response due July 6, 2026.

Defendants respectfully submit that there is good cause for the requested extension.  First, due to matters and competing deadlines in many older, pending cases, the undersigned requires additional time to review the Complaint, investigate Plaintiff's claims, and confer with the Defendant agencies.  Second, the undersigned also needs more time to examine whether this case may be resolved (or the issues in dispute narrowed) without Court intervention.  Third,

Defendants need sufficient time to ensure internal review of a responsive Court filing consistent with Department of Justice procedures.

This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay.  This is Defendants' first request for an extension.  There are no other existing deadlines in this case.  Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiff (given that it does not oppose) nor will it adversely affect this Court's orderly administration of this matter given the very early stages of this case.

For these reasons, Defendants respectfully request that the Court extend the time for Defendants to answer or otherwise respond to the Complaint as set forth in the attached proposed order.

Dated:  July 2, 2026
   Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:    */s/ Mason D. Bracken*
   MASON D. BRACKEN
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-2523
   mason.bracken@usdoj.gov

*Attorneys for the United States of America*

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHANGHAI BIREN TECHNOLOGY CO., LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF COMMERCE, et al.,<br><br>        Defendants. | Civil Action No. 26-1920 (JMC) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Defendants' First Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is hereby:

ORDERED that the motion is GRANTED.

It is further ORDERED that the due date for Defendants' answer or response to the Complaint is extended until August 5, 2026.

IT IS SO ORDERED.

SIGNED:

_____                    _____
Date                                        JIA M. COBB
                                            United States District Judge